IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CARL T. JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-1150 |
| | ) | Judge Trauger |
| TONY PARKER, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

The court is in receipt of a letter with attachments from petitioner Carl T. Jones on June 3, 2010.

It is hereby **ORDERED** that the Clerk shall file this letter and its attachments as part of the record in this case. The Clerk is further directed to furnish to the petitioner and to counsel for all parties a copy of the letter, its attachments and this Order.

It is so **ORDERED.**

Enter this 3rd day of June 2010.

_____
ALETA A. TRAUGER
United States District Judge